UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROD ANTHONY HUFF,<br><br>           Plaintiff,<br><br>    v.<br><br>SURETY BOND 2005341594,<br><br>           Defendant. | Case No. CV 22-0996 AB (RAO)<br><br>MEMORANDUM AND ORDER RE SUMMARY DISMISSAL |

On February 9, 2022, Plaintiff Rod Anthony Huff, proceeding *pro se* and who has not paid the filing fee nor filed a proper request to proceed *in forma pauperis*, filed a Complaint naming "Surety Bond 2005341594" as the sole defendant. Complaint at 1, 2, Dkt. No. 1. For the following reasons, the Complaint is dismissed with prejudice.

Plaintiff alleges that the named defendant has "promised through contract to perform all obligation(s) as defined in accordance to Uniform Commercial Code Article III." Complaint at 2. The Complaint does not set forth what relief Plaintiff seeks. Even construing the Complaint liberally, the Court is unable to discern a cognizable claim. *See, e.g., Bendeck v. United States Bank Nat'l Assoc.*, 2017 WL 2726692, at *5, 6 (D. Haw. June 23, 2017) (rejecting as frivolous "sovereign citizen and/or redemption" theories utilizing "strawman" names and citing cases).

Furthermore, because the Court is persuaded that Plaintiff would be unable to allege any facts that would state a cognizable claim against a surety bond, amendment would be futile in this case. *See Hartmann v. Cal. Dep't of Corr. & Rehab.*, 707 F.3d 1114, 1130 (9th Cir. 2013) ("A district court may deny leave to amend when amendment would be futile.").

Based on the foregoing, IT IS ORDERED THAT the Complaint is **DISMISSED** with prejudice.

DATED: March 24, 2022

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE