JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROD ANTHONY HUFF,<br><br>    Plaintiff,<br><br>    v.<br><br>SURETY BOND 2005341594,<br><br>    Defendant. | Case No. CV 22-0996 AB (RAO)<br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Memorandum and Order Regarding Summary Dismissal.

DATED: March 24, 2022

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE